# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARSENIO AGUILAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01752-GMN-NJK<br><br>**Order**<br><br>[Docket No. 11] |

Pending before the Court is Defendant Nationstar Mortgage LLC's motion for their counsel to withdraw. Docket No. 11. For good cause shown, the Court **GRANTS** Defendant's motion. Corporations are not permitted to proceed *pro se*. *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant Nationstar is **ORDERED** to file, by December 3, 2021, a notice of appearance by counsel. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: November 5, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE