UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARSENIO AGUILAR,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-01752-GMN-NJK<br><br>**Order**<br><br>[Docket No. 25] |

      On December 27, 2021, Defendant Nationstar Mortgage, LLC filed its initial disclosures on the docket. Docket No. 25. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

      IT IS SO ORDERED.

      Dated: January 11, 2022.

                                        _____
                                        NANCY J. KOPPE
                                        UNITED STATES MAGISTRATE JUDGE