George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Arsenio Aguilar*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Arsenio Aguilar,<br><br>   Plaintiff,<br>v.<br><br>Equifax Information Services LLC; Service Federal Credit Union; and Nationstar Mortgage LLC dba Mr. Cooper,<br><br>   Defendants. | Case No.: 2:21-cv-01752-GMN-NJK<br><br>**Stipulation of dismissal of Nationstar Mortgage LLC dba Mr. Cooper with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Arsenio Aguilar and Nationstar Mortgage LLC dba Mr. Cooper stipulate to dismiss Plaintiff's claims against Nationstar Mortgage LLC dba Mr. Cooper with prejudice.

STIPULATION                                                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 23, 2022.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
*Counsel for Plaintiff Arsenio Aguilar*

**TROUTMAN PEPPER LLP**

/s/ Aaron D. Lancaster
Aaron D. Lancaster, Esq.
600 Peachtree St. NE #3000
Atlanta, GA 30308

**KRAVITZ, SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD**

/s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Counsel for Nationstar Mortgage LLC dba Mr. Cooper*

**IT IS SO ORDERED.**

Dated this  23  day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT