George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Arsenio Aguilar*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Arsenio Aguilar, <br><br> Plaintiff(s,) <br> v. <br><br> Equifax Information Services LLC; Service Federal Credit Union; and Nationstar Mortgage, LLC dba Mr. Cooper, <br><br> Defendant(s.) | Case No.: 2:21-cv-01752-GMN-NJK <br><br> **Stipulation of dismissal of Equifax Information Services LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Arsenio Aguilar and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

STIPULATION                - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 24, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Arsenio Aguilar*

**Clark Hill PLLC**

/s/ Gia Marina
Gia Marina, Esq.
Jeremy Thompson, Esq.
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
*Counsel for Equifax Information Services LLC*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  28  day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION                                              - 2 -